United States Court of Appeals
Fifth Circuit
**F I L E D**
**August 4, 2004**
Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-30106
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAMEION T. ZENO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 03-CR-20010-2
--------------------

Before REAVLEY, JONES and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Dameion T. Zeno appeals his guilty-plea conviction for possession of a firearm in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

Zeno argues that the district court erred when it denied his motion to withdraw his guilty plea. This court accords broad discretion to the district court's decision regarding a motion to withdraw and will reverse such a decision only for an abuse of that discretion. United States v. Carr, 740 F.2d 339, 343-44

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir. 1984).  The totality of the circumstances in this case indicates that Zeno has failed to demonstrate a fair and just reason for withdrawing his guilty plea.  See id.

The judgment of the district court is therefore AFFIRMED.